

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOCKHEED MARTIN IMS CORPORATION | * | |
| | * | CIVIL ACTION |
| Plaintiff, | * | NO. **00-1501** |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| JEFFERSON PARISH SCHOOL BOARD, | * | MAG. **SECT M MAG 2** |
| ENGIMA, INC., and | * | |
| MICHAEL E. ESCHMAN, | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Lockheed Martin IMS Corporation, who respectfully move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, to issue a temporary restraining order enjoining defendant Jefferson Parish School Board, as well as its agents, servants, employees, representatives, attorneys, and any person in active concert with them, from taking any measure to award or otherwise execute the Information Technology Facilities Management Outsourcing contract with defendant Engima, Inc. or any other company which has submitted a bid proposal in connection with Jefferson Parish School Board's Request for Proposals.

Plaintiff seeks a temporary restraining order because it will suffer immediate and irreparable harm before a hearing can be held on this motion for a preliminary injunction if the defendant is

DATE OF ENTRY **MAY 24 2000**

permitted to execute the Information Technology Facilities Management Outsourcing contract with defendant Engima, Inc. or any other company which has submitted a bid proposal in connection with Jefferson Parish School Board's Request for Proposals.. The facts and circumstances giving rise to this motion are described more fully in the Complaint, Verification and exhibits thereto, as well as the attached Memorandum in Support, all of which have been filed contemporaneously herewith.

          Respectfully submitted,

          _____
          **RANDALL A. SMITH, T.A. (#2117)**
          **ANDREW L. KRAMER (#23817)**
          Of
          **SMITH, JONES & FAWER, L.L.P.**
          201 St. Charles Avenue, Suite 3702
          New Orleans, Louisiana  70170
          Telephone:  (504) 525-2200

          **Counsel for Plaintiff**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOCKHEED MARTIN IMS CORPORATION** | * | |
| | * | **CIVIL ACTION** |
| **Plaintiff,** | * | **NO.** |
| | * | |
| **VERSUS** | * | **SECTION** |
| | * | |
| **JEFFERSON PARISH SCHOOL BOARD,** | * | **MAG.** |
| **ENGIMA, INC., and** | | * |
| **MICHAEL E. ESCHMAN,** | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter having come before the Court on plaintiff Lockheed Martin IMS Corporation's motion for an order temporarily restraining defendant Jefferson Parish School Board pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the Court having read the verified Complaint, Motion for Temporary Restraining Order and Preliminary Injunctive Relief and supporting memorandum submitted therewith, and having had the opportunity to hear argument, and recognizing that the defendant has received prior notice of this proceeding;

And good cause appearing, the Court having found that immediate and irreparable injury, loss and damages will result to the plaintiff in the absence of this Order;

**IT IS ORDERED** that, pending a hearing on the plaintiff's application for preliminary injunctive relief, or at the expiration of the Order, whichever shall first occur, the defendant, as well

as its agents, servants, employees, representatives, attorneys, and any person in active concert with them, are hereby prohibited and restrained from taking any measure to award or otherwise execute the Information Technology Facilities Management Outsourcing contract with defendant Engima, Inc. or any other company which has submitted a bid proposal in connection with Jefferson Parish School Board's Request for Proposals, until further notice from this Court;

**IT IS FURTHER ORDERED** that this temporary restraining order is issued on the condition that a bond be filed by the plaintiffs herein in the sum of $ _110,000_, conditioned for payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully restrained or enjoined;

**IT IS FURTHER ORDERED** that the defendant show cause before this Court to be heard at the United States District Court, 500 Camp Street, New Orleans Louisiana, on the _30th_ day of _May_, 2000, at _10:00_ o'clock _a_.m. or as soon thereafter as counsel may be heard, why a preliminary injunction should not be entered enjoining defendant from the actions described above.

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the defendant on or before the _24th_ day of _May_, 2000, by _____ o'clock ___.m.

This Order shall expire on the _30th_ day of _May_, 2000, at _11:00_ o'clock ___.m.

New Orleans, Louisiana, this _23_ day of May, 2000, at _2:30_ o'clock _p_.m.

_____
UNITED STATES DISTRICT JUDGE
for Peter␣. Bee

-2-