

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -2 I A 9: 58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOCKHEED MARTIN IMS CORPORATION** | * | |
| | * | **CIVIL ACTION** |
| **Plaintiff,** | * | **NO. 00-1501** |
| | * | |
| **VERSUS** | * | **SECTION "M" (Judge Beer)** |
| | * | |
| **JEFFERSON PARISH SCHOOL BOARD,** | * | **MAG. 2 (Judge Wilkinson)** |
| **ENGIMA, INC., and** | * | |
| **MICHAEL E. ESCHMAN,** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JUDGMENT ON PRELIMINARY INJUNCTION

In accordance with the Findings and Order entered by this Court on May 31, 2000;

**IT IS HEREBY ORDERED** that the Motion for Preliminary Injunction filed by plaintiff Lockheed Martin IMS Corporation be and it is hereby **GRANTED** and that defendant Jefferson Parish School Board, as well as its officers, agents, servants, employees, representatives, attorneys, and any person in active concert with them, are hereby prohibited and restrained from taking any measure to award or otherwise execute the Information Technology Facilities Management Outsourcing contract with defendant Engima, Inc., ~~or any company other than Lockheed Martin IMS Corporation which has submitted a bid proposal in connection with Jefferson Parish School Board's Request for Proposals, until further notice from this Court.~~ PB.

DATE OF ENTRY JUN - 2 2000

**IT IS FURTHER ORDERED** that this preliminary injunction is issued on the condition that the bond previously filed by the plaintiff in the sum of One Hundred Thousand Dollars ($100,000.00), conditioned for payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully restrained or enjoined, shall remain in full force and effect until further notice from this Court.

New Orleans, Louisiana, this 2nd day of June, 2000, at 10:00 o'clock A.m.

*Peter Beer*
**UNITED STATES DISTRICT JUDGE**