




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOCKHEED MARTIN IMS CORPORATION** | * | |
| | * | **CIVIL ACTION** |
| **Plaintiff,** | * | **NO. 00-1501** |
| | * | |
| **VERSUS** | * | **SECTION "M" (Judge Beer)** |
| | * | |
| **JEFFERSON PARISH SCHOOL BOARD,** | * | **MAG. 2 (Judge Wilkinson)** |
| **ENGIMA, INC., and** | * | |
| **MICHAEL E. ESCHMAN,** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION TO DISMISS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, come plaintiff and defendant-in-counterclaim Lockheed Martin IMS Corporation, defendant and plaintiff-in-counterclaim Jefferson Parish School Board, and defendants Engima, Inc. and Michael E. Eschman, who each and all respectfully request that this Honorable Court dismiss the captioned matter, including without limitation all claims and counterclaims, with prejudice, since the parties have consummated a settlement.

DATE OF ENTRY
JUN - 5 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 44

Respectfully submitted,

**RANDALL A. SMITH, T.A. (#2117)**
**ANDREW L. KRAMER (#23817)**
Of
**SMITH, JONES & FAWER, L.L.P.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200

**Counsel for Plaintiff and Defendant-in-Counterclaim Lockheed Martin IMS Corporation**

**/and/**

**MICHAEL G. FANNING (#5440)**
**JACK A. GRANT (#6222)**
Of
**GRANT & BARROW**
238 Huey P. Long Avenue
Post Office Box 484
Gretna, Louisiana 70054
Telephone: (504) 368-7888

**Counsel for Defendant and Plaintiff-in-Counterclaim Jefferson Parish School Board**

**/and/**

**GLYN J. GODWIN (#6076)**
Executive Plaza - Suite 900
10001 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 245-3911

**Counsel for Defendants Engima, Inc. and Michael E. Eschman**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record, via United States mail, postage prepaid and properly addressed, this 23rd day of May, 2001.

**RANDALL A. SMITH**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LOCKHEED MARTIN IMS CORPORATION** | * | |
| | * | **CIVIL ACTION** |
| **Plaintiff,** | * | **NO. 00-1501** |
| | * | |
| **VERSUS** | * | **SECTION "M" (Judge Beer)** |
| | * | |
| **JEFFERSON PARISH SCHOOL BOARD, ENGIMA, INC., and MICHAEL E. ESCHMAN,** | * * * | **MAG. 2 (Judge Wilkinson)** |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**Considering the foregoing;**

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss With Prejudice be and it is hereby **GRANTED**, and that the captioned matter, including without limitation all claims and counterclaims, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of May, 2001.

Peter Beer

**JUDGE**